**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYMOND LEROY HATCHETT, JR.,

    Plaintiff,

-vs-                                      Case No. 6:11-cv-1810-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Complaint for Denial of Social Security Benefits (Doc. No. 1). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED** as part of this order. The Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the findings in the report.

Clerk of the Court is directed to enter judgment accordingly and **CLOSE** the case. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded. Plaintiff is directed that upon receipt of such notice, he shall promptly email Mr. Rudy and the OGC attorney who prepared the Government's brief to advise that the notice has been received.

It is **SO ORDERED** in Orlando, Florida, this ___13___ day of March, 2013.

                                                G. KENDALL SHARP
                                              Senior United States District Judge

Copies to:
Counsel of Record