UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND LEROY HATCHETT, JR.,

          Plaintiff,

-vs-                                    Case No. 6:11-cv-1810-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Uncontested Petition for Attorneys' Fees (doc. 27). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Court awards Plaintiff attorneys' fees in the amount of $4,760.45 and authorizes payment to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

It is **SO ORDERED** in Orlando, Florida, this __11__ day of April, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge