UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND LEROY HATCHETT, JR. ,

        **Plaintiff,**

v.                                    **Case No:  6:11-cv-1810-Orl-18TBS**

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion for Attorney Fees (Doc. No. 31) filed January 8, 2014.

The United States Magistrate Judge has submitted a report recommending that the motion be granted. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANT'S** Plaintiff's Motion for Attorney's Fees and awards Plaintiff $23,180.55 in attorney's fees to be paid out of Plaintiff's past due benefits currently being withheld by the Social Security Administration.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of January, 2014.

                                G. KENDALL SHARP
                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record